The United States District Court
for the Eastern District of Pennsylvania

c.c

Date: December 28, 2024

Case: Dick v. PrimeCare Medical Inc. et al.

Case Number: 2:24-cv-06760-MRP

-Petition for Court Appointed Counsel-
-12/28/24-

• I, Corey Dick, am the Plaintiff in the above case and captioned matter. I am currently incarcerated at; 1730 S. Easton Road in Doylestown Pa 18901, the Bucks County Correctional Facility, a Defendant in this matter, and hereby represent the following;

-1) I am 33 years of age and have only a G.E.D in regards to my education backround.

-2) I have NO formal education in the law or the very specific way its required to be represented.

-3) I have NO current legal representation, as I have no income, no savings, and no means to aquire such representation.

-4) I am currently incarcerated and can not go find private counsel, if I so had the means to, and have been so since 11-16-24.

Wherefore, I respectfully request that the Court Grant me, Appointed Counsel, as I am not versed in the Law and its representation.

Respectfully Submitted,
by: Corey A. Dick #121136 Pro se.

(x) [signature]

- The United States District Court -
for the Eastern District of Pensylvania

Date: December 28, 2024

Case: Dick V. PrimeCare Medical Inc. et al.

Case Number: 2:24-cv-06760-MRP.

- Verification of Information -
- 12/28/24 -

I, Corey Dick #121136, Plaintiff in the above captioned matter, hereby swear and affirm that the information contained herein, is true and correct to the best of my knowledge and present them as facts to this Court, in my Petition for Court Appointed Counsel, on 12/28/24

Respectfully Submitted, 12/28/24
by: Pro Se, Corey A. Dick #121136

(x) [signature]

Corey A. Duck # 121136 (Pro-Se)
1730 S. Easton Rd.
Doylestown, Pa 18901

LEGAL MAIL

RECEIVED
JAN 2 2025

Attn: Clerk of Court
- United States District Court -
601 Market St.
Philadelphia, Pa 19106