– Copy of request submitted –

BCCF – Inmate Request Slip

Name: Corey Dick #121136         Date: 01/16/25

Block: E-43

To: Inmate Accounts / D.O.C Finances

I need my Inmate Account Statements for all of the days, beginning with 11-18-24 / 12/18/24. (Deposits, Withdrawls....)
Thats all days between those dates. It is requested information I've been court ordered to submitt, I have less than 30 days to do so. Can you please send me the requested information, so I can move forward in court.
Thanks.

Copy of Inmate Request.

BCCF Inmate Request Slip

From: Corey A. Dick #124136                01/16/2025

To: Business Office

    I have been Court Ordered to submit my Inmate Account Statement from - 11-18-24 to 12-18-24, and am requesting a "certified copy" of my Inmate Account Statement, as I must submit it before the Courts, within 30 days of January 3, 2025.

*[signature]*

Attn: Clerk of Courts                              Date: 01/16/2025

    My name is Corey A. Dick, #121136 and am writting to inform the Courts that I am currently incarcerated at (BCCF) Bucks County Correctional Facility and have been so, since 11/18/2024.

    I have included (2) copies of my requests, for the information requested by Order, on 01/3/2025, but have not recieved any responses to. I'm being told the Court must request it directly from the jails business office, to protect sensitive information.

                          Thanks.

P.S.
— I will be able to pay the filing fee before February 3rd, 2025, I just have to figure out how to release the funds, once I have them deposited into my Inmate Account.

                01/16/2025

                            Corey Dick Prose

Corey Dick #121136
1730 S. Easton Rd.
Doylestown, Pa 18901

Attn
U.S. District Court House
Clerk of Courts
601 Market St.
Phila, Pa 19106

RECEIVED JAN 21 2025

U.S.M.S. X-RAY



