IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY A. DICK,** | : | |
| **Plaintiff** | : | **CIVIL ACTION** |
| v. | : | |
| **PRIMECARE MEDICAL, INC.,** *et al.*, | : | **NO. 24-6760** |
| **Defendants.** | : | |

### ORDER

**AND NOW,** this 25th day of February, 2025, upon review of Plaintiff's Request for Court Order for Medical and Dental Records (ECF No. 12), it is hereby **ORDERED** that Defendants shall file any objections within fourteen (14) days of the entry of this Order.

BY THE COURT:

_____
HON. MIA R. PEREZ