# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY A. DICK,** | : | |
| | : | |
| **Plaintiff** | : | CIVIL ACTION |
| v. | : | |
| | : | |
| **PRIMECARE MEDICAL, INC.,** *et al.*, | : | NO. 24-6760 |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW,** this 25th day of February, 2025, it is hereby **ORDERED** that this Court's previous Order (ECF No. 13) is **VACATED**.

BY THE COURT:

_____
HON. MIA R. PEREZ